IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02967-MSK-KLM

INTERMAP TECHNOLOGIES,

    Plaintiff,

v.

CUENDE INFOMETRICS, S.A.,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion to Reschedule Scheduling Conference** [#9][1] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#9] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Scheduling Conference set for January 26, 2015 at 9:30 a.m. is **VACATED** and **RESET** to **March 4, 2015** at **10:30 a.m.** in Courtroom A-401 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order pursuant to the District of Colorado Electronic Case Filing ("ECF") Procedures. The parties shall submit the proposed scheduling order no later than **February 25, 2015**.

    Dated: January 14, 2015

---

[1] "[#9]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF).